*Lewis v. Galena & C. R. Co.,* 40 Ill. 281; *Ruddell v. Baltimore & O. R. Co., supra.* And no reason is perceived why the shipment of the cucumbers in the present case should not be treated as a continuous shipment from Corpus Christi to Columbus, or why the established presumptions, above referred to, should not be applicable to the defendants. In our opinion the trial court erred in holding that it was necessary for plaintiff to show by direct proof that the cucumbers were in good condition at St. Louis, Missouri, in order to raise the presumption of liability on the part of the defendants, or either of them.

For the reasons indicated the judgment of the Municipal Court is reversed and the cause remanded.

*Reversed and remanded.*

---

**George Studtmann, Defendant in Error, v. Union Grove Creamery Company, Plaintiff in Error.**

**Gen. No. 20,415.   (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. JOHN K. PRINDIVILLE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed in part and reversed in part with finding of fact. Opinion filed April 13, 1915.

**Statement of the Case.**

Action by George Studtmann, against the Union Grove Creamery Company, the plaintiff in his affidavit for attachment declaring on an account stated and for goods sold and delivered, and stating that the defend-

ant was about fraudulently to dispose of its property against the interest of his creditors. Defendant gave bond and made an affidavit to the merits. From a judgment in favor of the defendant on these issues, defendant excepted and brings error.

FRANCIS E. CROARKIN, for plaintiff in error.

LEVISOHN & LEVISOHN, for defendant in error.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

## Abstract of the Decision.

1. ACCOUNT STATED, § 3*—*when evidence sustains judgment.* Evidence in an action upon an account stated *held* sufficient to sustain a judgment in favor of plaintiff.

2. ATTACHMENT, § 47*—*when evidence insufficient to sustain issues.* Evidence on an issue in attachment *held* insufficient to sustain plaintiff's claim that defendant at the time suit was brought, or at any other time, was about fraudulently to conceal, assign or otherwise dispose of its property so as to hinder and delay its creditors.

---

## Fred E. Jahp, Defendant in Error, v. The Elite Livery and Snyder Teaming & Transfer Company, Plaintiffs in Error.

### Gen. No. 20,441.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed. Opinion filed April 13, 1915.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.